34 A.3d 65

COMMONWEALTH of Pennsylvania, Respondent

v.

Jamaar RICHARDSON, Petitioner.

No. 87 EM 2011.

Supreme Court of Pennsylvania.

Dec. 13, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of December, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** *See* Pa.R.Crim.P. 122(B). Counsel is directed to file a Petition for Allowance of Appeal within 15 days of this order.